# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH DONNOLO, AN INDIVIDUAL,
Appellant,
vs.
RICHARD RITZO, AN INDIVIDUAL,
Respondent.

No. 74239

FILED

MAR 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Tierra Danielle Jones, District Judge
Israel Kunin, Settlement Judge
Hatfield & Associates, Ltd.
Marquis Aurbach Coffing
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-09592